**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MAR 1 3 2018

**MATTHEW J. DYKMAN**
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. _18 - 739 JCH_ |
| | ) | |
| vs. | ) | Count 1:  18 U.S.C. §§ 1152 and 2241(c) |
| | ) | and 2246(2)(A): Aggravated Sexual |
| **KEVIN VIGIL,** | ) | Abuse; |
| | ) | |
| Defendant. | ) | Count 2:  18 U.S.C. §§ 1152 and 2241(c) |
| | ) | and 2246(2)(C): Aggravated Sexual |
| | ) | Abuse. |

<u>I N D I C T M E N T</u>

The Grand Jury charges:

<u>Count 1</u>

On or about February 4, 2018, in Indian Country, in Rio Arriba County, in the District of

New Mexico, the defendant, **KEVIN VIGIL**, a non-Indian, did unlawfully and knowingly

engage and attempt to engage in a sexual act, separate and distinct from the act charged in Count

2, with Jane Doe, an Indian, a child who had not then attained the age of twelve (12) years, and

the sexual act consisted of contact between the defendant's penis and Jane Doe's anus.

In violation of 18 U.S.C. §§ 1152 and 2241(c), and 2246(2)(A).

<u>Count 2</u>

On or about February 4, 2018, in Indian Country, in Rio Arriba County, in the District of

New Mexico, the defendant, **KEVIN VIGIL**, a non-Indian, did unlawfully and knowingly

engage in and attempt to engage in a sexual act, separate and distinct from the act charged in

Count 1, with Jane Doe, an Indian, a child who had not then attained the age of twelve (12)

years, and the sexual act consisted of penetration, however slight, of Jane Doe's genital opening

by the defendant's finger(s), with the intent to abuse, humiliate, harass, degrade, arouse, and

gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1152 and 2241(c), and 2246(2)(C).

A TRUE BILL:

/s/_____
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

3/9/2018 2:50 PM