IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Cr. No. 18-739 MV |
| | ) | |
| vs. | ) | |
| | ) | |
| **KEVIN VIGIL**, | ) | |
| | ) | |
| Defendant. | ) | |

## PROTECTIVE ORDER

This matter having come before the Court on the United States' Unopposed Motion for a Protective Order (Doc. 48) and the Court having considered the matter, finds this motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the confidential material disclosed in this case is subject to the following restrictions:

1. Confidential material received by Defendant (through Defendant's attorney) from the United States shall be safeguarded and not be shown or otherwise provided or disclosed to individuals other than:

    a. Defendant;

    b. Defendant=s attorney of record;

    c. employees of such attorney to whom it is reasonably necessary that the material be shown for the purposes of this action; and,

    d. experts, consultants or witnesses who are assisting in this action.

Individuals to whom confidential material is shown or otherwise provided must be provided with a copy of this protective order, and agree to be bound by its terms.

2. Confidential material received by Defendant shall be used solely for the purposes of this action.  Nothing in this protective order limits Defendant or the United States from disclosing material in this or related judicial proceedings, including in motions, at hearings, at trial, or in an appeal.  However, this protective order requires that should the parties use this material in any proceeding, it should be safeguarded against view by anyone for whom it is NOT reasonably necessary to view the material.

3. Counsel for Defendant and/or anyone properly assisting counsel shall not give any copies of the confidential material directly to Defendant.  Defendant only may review these materials in the presence of counsel.

4. Counsel for Defendant is directed to return the photographs to the U.S. Attorney's Office at the conclusion of this case.

So ordered this 8th day of March, 2019.

_____
The Honorable Martha Vázquez
United States District Judge

Submitted by:
Kyle T. Nayback, AUSA