UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## Sentencing Minute Sheet

| | |
|---|---|
| CR No. | 18-739-MV |
| USA vs. | Vigil |
| Date: | September 22, 2020 |
| Name of Deft: | Kevin Vigil |
| Before the Honorable | Martha Vázquez |
| Time In/Out: | 1:30 p.m. / 2:10 p.m. |
| Total Time in Court (for JS10): | 40 minutes |
| Clerk: | Linda Romero |
| Court Reporter: | Carmela McAlister |
| AUSA: | Allison Jaros |
| Defendant's Counsel: | Devon Fooks, Aric Elsenheimer |
| Sentencing in: | Santa Fe, New Mexico |
| Interpreter: | |
| Probation Officer: | Ana Ortiz y Martinez, Roger Duran-Angel |
| Sworn? | Yes |
| Convicted on: | Plea [X] Verdict |
| As to: | Information [X] Indictment |
| If Plea: | Accepted / Not Accepted |
| Adjudged/Found Guilty on Counts: | **Count 2** |
| If Plea Agreement: | Accepted / Not Accepted / No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | 8/23/19 |
| PSR: | [X] Not Disputed / Disputed |
| PSR: | [X] Court Adopts PSR Findings |
| Evidentiary Hearing: | [X] Not Needed / Needed |
| Exceptions to PSR: | |

### SENTENCE IMPOSED

Imprisonment (BOP): 360 months

| | |
|---|---|
| Supervised Release: | 5 years |
| Probation: | |
| 500-Hour Drug Program | |
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | ICE not applicable |

#### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ___ months ___ days |
| X | Substance abuse testing | | Community service for ___ months ___ days |
| X | Substance abuse treatment program (waive confidentiality) | | Reside residential reentry center ___ months ___ days |
| | Mental health treatment program | X | Register as sex offender |
| X | No alcohol/intoxicants | X | Participate in sex offender treatment program (waive confidentiality) |
| | Submit to search of person/property | X | Possess no sexual material relating to children |
| | No contact with victim(s) and/or co-Deft(s) | | No computer with access to online services |
| | No entering, or loitering near, victim's residence | X | No contact with children under 18 years |
| | Provide financial information | X | No volunteering where children supervised |
| X | No drug paraphernalia | X | Restricted from occupation with access to children |
| X | No psychoactive substances | X | No loitering within 100 feet of school yards |
| | OTHER: | | |

| | | | |
|---|---|---|---|
| Fine: | $ 0 | Restitution: $ | |
| SPA: | $ 100  ($100 as to each Count) | Payment Schedule: | [X] Due Imm. / Waived |
| OTHER: | | | |

| | | | |
|---|---|---|---|
| X | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| X | Held in Custody | | Voluntary Surrender |
| X | Recommended place(s) of incarceration: | FCI Florence, Phoenix or Tucson | |
| X | Dismissed Counts: | Jury returned a verdict of not guilty on Count 1 on 8/23/19. | |

UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
**SENTENCING MINUTE SHEET**

| | |
|---|---|
| OTHER COMMENTS | Court addresses defendant. Defense counsel addresses Court and introduces family members present in the courtroom. Government counsel addresses Court. Probation Officer Ana Ortiz y Martinez addresses Court. Victim's sister addresses Court. Victim and victim's guardians address Court through victim advocate. Court addresses victim's guardian. Court addresses defendant and imposes sentence. |